IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


LYN C.-T.,                                              No. 6:21-cv-01421-HZ

                    Plaintiff,                          ORDER

        v.


COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

                    Defendant.

HERNÁNDEZ, District Judge:

        Plaintiff Lyn C.-T. brought this action seeking review of the Commissioner's final

decision to deny Disability Insurance Benefits. On July 12, 2022, the Court reversed the

Commissioner's decision and ordered that the case be remanded for an award of benefits. Order,

ECF 11. Judgment was also entered on July 12, 2022. ECF 12. On or about March 26, 2023,

Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. 2, ECF 16.

        Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Pl. Mot. Defendant

has no objection to the request. *Id*. The Court has reviewed the record in the case, the motion,

1 – ORDER

and the supporting materials including the award of benefits, the fee agreement with counsel, and

the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v.*

*Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

 The Court GRANTS the motion [16] and awards Plaintiff's counsel $29,583.75 in

attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to

Plaintiff's attorney, the Commissioner is directed to subtract the amount previously received

under EAJA and send Plaintiff's attorney the balance of $11,475.96 less any applicable

processing fees as allowed by statute. Any amount withheld after all administrative and court

attorney's fees are paid should be released to Plaintiff.

 IT IS SO ORDERED.


 DATED: _____ May 5, 2023 _____.



 _____
 MARCO A. HERNÁNDEZ
 United States District Judge

2 – ORDER